**Order entered April 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01208-CR

### DERRICK ARNOLD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-63918-I**

## ORDER

The State's April 23, 2014 motion for extension of time to file the State's brief and accept the brief tendered is **GRANTED**. The State's brief received by the Clerk of the Court on April 23, 2014 is **DEEMED** timely filed on the date of this order.

/s/    DAVID EVANS
         JUSTICE